IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADWAY PINE BRANDS LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>TOY STORAGE WORLD (TSW), *et.al.*<br><br>　　　　　　　Defendants. | Civil Action No.<br><br>21-1665<br><br>(Judge Ranjan) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant PRIMASHOPPE with each party to bear its own attorney's fees, costs, and expenses. The dismissed Defendant has neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

Respectfully submitted,

Dated: February 15, 2022    /s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

Brian Samuel Malkin
Pa. ID No. 70448
bmalkin@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff